FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

November 30, 2017

Isaac J. Adams
#0865209
Tarrant County Jail
100 North Lamar
Fort Worth, TX 76196

Peter Smythe
PETER SMYTHE, P.C.
777 Main Street, Suite 600
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Debra Ann Windsor
Assistant Criminal District Attorney
401 West Belknap Street
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

**RE:**   Case Numbers:  07-16-00372-CR, 07-16-00373-CR, 07-16-00374-CR
   Trial Court Case Numbers: 1414530D, 1409243D, 1414529D
**Style:** Isaac J. Adams v. The State of Texas

Dear Mr. Adams and Counsel:

The Court this day issued an opinion and judgment in the captioned causes. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

# Vivian Long

VIVIAN LONG, CLERK

xc:   Honorable Ruben Gonzalez, Jr. (DELIVERED VIA E-MAIL)
   Administrative Judge (DELIVERED VIA E-MAIL)
   Thomas A. Wilder (DELIVERED VIA E-MAIL)